Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
08/07/2020 08:07 AM CDT

Nebraska Supreme Court Advance Sheets
306 Nebraska Reports
Cite as 306 Neb. 498

State of Nebraska, appellee, v.
Braden M. Galvan, appellant.
___ N.W.2d ___

Filed July 17, 2020.    Nos. S-19-623, S-19-624.

supplemental opinion

Appeal from the District Court for Hall County: Mark J.
Young, Judge. Former opinion modified. Motion for rehearing overruled.

Gerard A. Piccolo, Hall County Public Defender, for
appellant.

Douglas J. Peterson, Attorney General, and Melissa R.
Vincent for appellee.

Heavican, C.J., Miller-Lerman, Cassel, Stacy, Funke,
Papik, and Freudenberg, JJ.

Per Curiam.
This case is before us on a motion for rehearing filed by the
appellee, State of Nebraska, concerning our opinion in *State v.
Galvan*, 305 Neb. 513, 941 N.W.2d 183 (2020).
We overrule the motion, but modify the opinion as follows:
In the analysis section, under the subheading "Plain Error,"
we withdraw the first two sentences of the fifth paragraph,
including footnotes 24 and 25. *State v. Galvan*, 305 Neb. at
521, 941 N.W.2d at 190.
The remainder of the opinion shall remain unmodified.

Former opinion modified.
Motion for rehearing overruled.